**2022-2023**
Secondary Student Handbook

**HARRISON COUNTY SCHOOL DISTRICT**

## MISSION STATEMENT

Harrison County School District is committed to providing a healthy, safe, and caring learning environment that is dedicated to quality instruction. Through high expectations and academic excellence, students will be productive citizens, empowered leaders, and lifelong learners.

1

**LETTER GRADE CONVERSION FOR TRANSFER STUDENTS IN GRADES 9-12**
When the transcript for a student who transfers into the district does not specify a numerical grade for a course, the following designation will be applied:

| A+ = 99 | B+ = 89 | C+ = 79 | D+ = 69 | F =60 |
|---------|---------|---------|---------|-------|
| A = 95  | B = 85  | C = 75  | D = 67  |       |
| A- = 90 | B- = 80 | C- = 70 | D- = 65 |       |

The credit earned for a state/local government course in any other state by an out-of-state transfer student can stand in lieu of Mississippi Studies or Mississippi State and Local Government.

### ADDITIONAL GRADUATION REQUIREMENTS/INFORMATION

Two (2) of the last four (4) Carnegie units of work shall be earned in residence at a high school before that school may grant a diploma. (Two units are interpreted as one semester of work.) The high school where the last residence is done will be authorized to grant the diploma.

Students with documented, extenuating circumstances that may prevent them from fulfilling the residency requirement must obtain school board approval in order to complete the graduation requirements. Board approval for a residency exemption must be obtained prior to May 1st of the student's junior year. Attendance in summer school does not establish a new residence in school. Credit-recovery courses from an accredited school other than the diploma-awarding school must be completed prior to the last semester of the student's graduating year.

The student that fails to meet all graduation requirements is not permitted to participate in the graduation exercises.

**Early Release Eligibility**
To be eligible for early release during the student's senior year, he/she must have met the following:
- College or Career Readiness Benchmarks (ACT sub scores 17 English and 19 Math OR earned a Silver level on the ACT WorkKeys or SAT equivalency sub scores).

Alternatively, a student must meet ALL the following:
- 2.5 GPA AND
- Passed or met all MAAP assessment requirements for graduation AND
- Be on track to meet diploma requirements AND
- Concurrently enrolled in Essentials for College Math or Essentials for College Literacy OR SREB Literacy Ready; or currently enrolled/earned credit for Comp I and/or College Algebra.

**GRADUATION REGALIA**
Stoles that may be worn are high school issued with cap and gown, honors/high honors and National Honor Society. Students may wear a stole upon completion of the Collegiate Academy program. Medals that may be worn are high school issued with cap and gown, Tech Master Scholars, Mississippi Scholars, perfect ACT score, and valedictorian/salutatorian. Other national honor societies will wear cords. Clubs may wear pins or medals.

In addition, a student winning a State Championship for any varsity sport governed by MHSAA, or achieving first place in Skills USA, Career Technical organizations, or any

other approved clubs/organizations while representing a high school in the Harrison County School District, may wear their medal at the graduation ceremony.  The student may wear only one medal per sport, club, and/or organizations.

Caps may not be decorated.

**COMMENCEMENT PARTICIPATION AGREEMENT**
Parent/guardian and graduating student will be required to sign the "Commencement Participation Agreement" as part of the requirement for graduation.
Harrison County School District policy code: IHFC
**HIGH SCHOOL GRADE CLASSIFICATION**
Grade classification will be updated only at the beginning of the school year.

| | |
|---|---|
| Freshman- | Successfully complete 8th grade |
| Sophomore- | Eight (8) Credits |
| Junior- | Fifteen (15) Credits* |
| Senior- | Twenty (20) Credits** |

*Entering 11th year of school (excluding Kindergarten)
**Entering 12th year of school (excluding Kindergarten)

**STUDENT COURSE LOAD**
Twelve (12) units should be in the areas of English, Math, Science, Business Education, Social Studies or Languages.  All students in the Harrison County School District will adhere to the following minimum student load and attend high school for a minimum of 4 years:

- 9th graders will take at least eight (8) credits
- 10th graders will take at least eight (8) credits*
- 11th graders will take at least eight (8) credits
- 12th graders will take at least two (2) academic credits per semester
- * With the exception of Career Pathway Exp. students

Regardless of the number of credits taken, only seniors and Career Pathway Exp. students are allowed early dismissal.
Credit at the end of the first term will not be awarded for a full credit course. The entire course must be satisfactorily completed to receive credit.

Students may not enroll for credit after the 8th day of school or after the 8th absence during transfer from another school. Students enrolling for a term class must enroll before the end of the 4th day of the term in order to receive credit. Students may not add a one-credit course after the 4th day of school or add term courses after the 4th day of the term.  These restrictions do not apply to students who are transferring into the school from another public-school system.

Seniors who complete graduation requirements at the end of the summer school will be awarded a diploma at that time.

**COURSES MAY NOT BE RETAKEN TO IMPROVE QUALITY POINT AVERAGE.**
To reap the most from their work, student must plan their programs of study. Counselors are available to assist with this planning.

A **term** is a 9-week period.  There are 4 terms in a school year.  A **semester** is an 18-week period.  There are 2 semesters in a school year.  One semester consists of two terms.