IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **L.B.,** *by her next friends and parents, Samantha Brown and Henry Brown* | § § § § § | **PLAINTIFF** |
| **v.** | § § § | **No. 1:23-cv-124-HSO-BWR** |
| **HARRISON COUNTY SCHOOL DISTRICT; HARRISON COUNTY SCHOOL BOARD; MITCHELL KING,** *Superintendent of Harrison County School District*; **KELLY FULLER,** *Principal of Harrison Central High School* | § § § § § § § § § § | **DEFENDANTS** |

## ORDER SETTING HEARING

BEFORE THE COURT is Plaintiff L.B., by her next friends and parents, Samantha Brown and Henry Brown's ("Plaintiff" or "L.B.") Emergency Motion [2] for Temporary Restraining Order. Plaintiff is a seventeen-year-old transgender girl and current senior at Harrison Central High School ("HCHS"), who is expected to graduate from high school on Saturday, May 20, 2023. Compl. [1] at 2. She initiated this action by filing a Complaint [1] in this Court on May 18, 2023. *See generally id.*

Upon review, the Court finds that the present Motion [2] comports with the requirements of Federal Rule of Civil Procedure 65, which governs motions for temporary restraining orders, and that it is ripe for review. Fed. R. Civ. P. 65(b). Accordingly, the Court will set Plaintiffs' Motion [2] for hearing on Friday, May 19,

1

2023 at 1:30 pm CT. Plaintiff is directed to provide actual notice to Defendants of this hearing on or before 3:00 p.m. CT on Thursday, May 18, 2023.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff's Motion [2] for Temporary Restraining Order is hereby set for hearing on Friday, May 19, 2023, at 1:30 p.m. CT in Courtroom 806 (Gulfport) before District Judge Halil Suleyman Ozerden.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff shall provide Defendants actual notice of this hearing by serving upon all Defendants a copy of this Order, as well as Plaintiff's Complaint [1], Motion [2], Memorandum [3], and all supporting exhibits, before 3:00 p.m. CT on Thursday, May 18, 2023.

**SO ORDERED AND ADJUDGED**, this the 18th day of May, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE