AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN <br><br> *Plaintiff(s)* <br> v. <br> HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23cv124 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Harrison County School District
11072 Highway 49
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

CLERK OF COURT

Date: _____05/18/2023_____   _____*W. Duggan*_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN <br><br> *Plaintiff(s)* <br> v. <br> HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23cv124 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mitchell King, Superintendent
Harrison County School District
11072 Highway 49
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 05/18/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN<br><br>*Plaintiff(s)*<br>v.<br>HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School,<br><br>*Defendant(s)* | Civil Action No. 1:23cv124 HSO-BWR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kelly Fuller, Principal
Harrison Central High School
15600 School Road
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  05/18/2023                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN <br><br> *Plaintiff(s)* <br> v. <br> HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23cv124 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Harrison County School Board
11072 Highway 49
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   05/18/2023

*Signature of Clerk or Deputy Clerk*