IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

L.B., *by her next friends and parents*, SAMANTHA BROWN and HENRY BROWN,

    *Plaintiffs*,

vs.

HARRISON COUNTY SCHOOL DISTRICT; HARRISON COUNTY SCHOOL BOARD; MITCHELL KING, *the Superintendent of Harrison County School District*; KELLY FULLER, *the Principal of Harrison Central High School,*

    *Defendants*.

Civil No. 1:23cv124 HSO-BWR

**NOTICE OF ATTORNEY APPEARANCE**

The undersigned, Joshua Tom, hereby enters his appearance as counsel of record for Plaintiffs L.B., by her next friends and parents, Samantha Brown and Henry Brown.

Dated: May 18, 2023

    Respectfully submitted,

    s/: Joshua Tom_____
    Joshua F. Tom, Mississippi Bar No. 105392
    ACLU of Mississippi
    P.O. Box 2242
    Jackson, MS 39225
    T: 601.354.3408
    jtom@aclu-ms.org

## CERTIFICATE OF SERVICE

      I hereby certify that on this date the foregoing Notice of Attorney Appearance was served via electronic mail by the court's ECF system on May 18, 2023, to all counsel of record in this matter.

      Dated: May 18, 2023

                                        s/: Joshua Tom_____
                                        Joshua F. Tom, Mississippi Bar No. 105392
                                        ACLU of Mississippi
                                        P.O. Box 2242
                                        Jackson, MS 39225
                                        T: 601.354.3408
                                        jtom@aclu-ms.org