IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

L.B., *by her next friends and parents, Samantha Brown and Henry Brown*    PLAINTIFF

v.    Civil No. 1:23-cv-124-HSO-BWR

HARRISON COUNTY SCHOOL DISTRICT; HARRISON COUNTY SCHOOL BOARD; MITCHELL KING, *Superintendent of Harrison County School District*; KELLY FULLER, *Principal of Harrison Central High School*    DEFENDANTS

## ORDER OF RECUSAL

THIS MATTER COMES BEFORE THE COURT *sua sponte*, pursuant to Title 28 U.S.C. § 455.   The undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participation in the above captioned cause.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the undersigned hereby recuses himself from further participation in this case.

**SO ORDERED AND ADJUDGED** this the 18th day of May, 2023

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE