UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

L.B., by her next friends and parents,
Samantha Brown and Henry Brown                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:23-cv-124-LG-BWR

HARRISON COUNTY SCHOOL DISTRICT, ET AL.                                  DEFENDANTS

ORDER

Pursuant to Section IV of Internal Rule 1 of this Court, and due to the temporary unavailability of Senior Judge Louis Guirola, Jr., this matter is hereby reassigned to U. S. District Judge Taylor B. McNeel for all purposes related to the Emergency Motion [2] and the hearing thereon scheduled for Friday, May 19, 2023.  Should this matter proceed after the hearing, it will proceed before United States District Judge Louis Guirola.

**SO ORDERED AND ADJUDGED** this the 18th day of May, 2023.

                                                            s/ *Daniel P. Jordan III*
                                                            CHIEF UNITED STATES DISTRICT JUDGE