**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| L.B., *by her next friends and parents*, SAMANTHA BROWN and HENRY BROWN, <br><br>   *Plaintiffs*, <br><br>   vs. <br><br> HARRISON COUNTY SCHOOL DISTRICT; HARRISON COUNTY SCHOOL BOARD; MITCHELL KING, *the Superintendent of Harrison County School District*; KELLY FULLER, *the Principal of Harrison Central High School*, <br><br>   *Defendants*. | Civil No. 1:23cv124 HSO-BWR |

## NOTICE OF HEARING

Plaintiffs L.B., by her next friends and parents, Samantha Brown and Henry Brown respectfully submit this Notice of Hearing pursuant to Local Rule 7(b)(8). This case was originally assigned to Judge Sul Ozerden, who sua sponte recused from the case (Dkt. 8.). It was reassigned for purposes of the Emergency Motion for Temporary Restraining Order (Dkt. 2) to Judge Taylor McNeel (Dkt. 9). Via Docket Text, **a hearing is set on the Emergency Motion for May 19, 2023 at 1:30 PM in Courtroom 706 (Gulfport) before Judge McNeel.**

On May 15, 2023, at the direction of Superintendent Mitchell King, Counsel for Defendants contacted Plaintiff's counsel via phone to discuss Plaintiff's preferences for graduation attire. Plaintiff's counsel sent by email a related legal brief to counsel for Defendants at his request outlining the law for dress codes.

On May 16, 2023, L.B. and her parents, through counsel, sent a written request by e-mail to Defendants, requesting that Defendants allow L.B. to attend her graduation ceremony wearing the formal dress she purchased. They further notified Defendants and their counsel of their intent to file this lawsuit. The same day via phone call, counsel for Defendants communicated that he could not meet Plaintiffs' request at this time.

At approximately 11:29 AM on May 17, 2023, Plaintiffs through counsel advised the counsel for Defendants of their intention to file an emergency motion for temporary restraining order and hold a hearing before L.B.'s graduation which is scheduled for Saturday, May 20, 2023. Defendants, through counsel, acknowledged receipt of Plaintiffs' request the same day via phone call and represented that Defendants would not lift their gender-based restrictions on L.B.'s participation at graduation at this time.

In the morning on May 18, 2023, Plaintiffs through counsel shared with Defendants and their counsel electronic draft versions of the documents which would become Dkts. 1 – 3, the Complaint, Emergency Motion for Temporary Restraining Order, and supporting Memorandum of Law in the present case. Upon filing, Plaintiff's counsel has continued, and will continue, to send every docket entry to counsel for Defendants and Defendants, including, and in compliance with, the Court's Order at Dkt. 4. All conversations referenced have been between McKenna Raney-Gray for Plaintiffs and Wynn Clark for Defendants.

RESPECTFULLY SUBMITTED, this 18th day of May, 2023.

             ___/s/: McKenna Raney-Gray_____

             AMERICAN CIVIL LIBERTIES UNION OF
             MISSISSIPPI FOUNDATION, INC.
             McKenna Raney-Gray, MS Bar No 106330
             Joshua Tom, MS Bar. No 105392
             P.O. Box 2242
             Jackson, MS 39225
             Phone: (601) 354-3408
             mraney-gray@aclu-ms.org
             jtom@aclu-ms.org

## **CERTIFICATE OF SERVICE**

I, McKenna Raney-Gray, hereby certify that on May 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: McKenna Raney-Gray
McKenna Raney-Gray

3