**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**L.B., by her next friend and parents,
SAMANTHA BROWN and HENRY BROWN**                                    **PLAINTIFFS**

**VERSUS**                                    **CIVIL ACTION NO.: 1:23cv124 TBM-BWR**

**HARRISON COUNTY SCHOOL DISTRICT;
HARRISON COUNTY SCHOOL BOARD;
MITCHELL KING, the Superintendent of
Harrison County School District; and
KELLY FULLER, the Principal of Harrison
Central High School**                                    **DEFENDANTS**

## ENTRY OF APPEARANCE

The undersigned enters his appearance as attorney for the Defendants.

**This the 19th day of May, 2023.**

**Respectfully submitted,**

**    /s/ Wynn E. Clark                        **

**Wynn E. Clark
Miss. Bar No. 6279
14397 Creosote Road
Gulfport, MS 39503
Phone  (228) 575-9996
Fax      (228) 575-9030
Email: wynn@wynnclark.com**

## CERTIFICATE OF SERVICE

I, Wynn E. Clark, do hereby certify that I have this date electronically filed the

foregoing pleading by using the ECF Court System to all ECF participants to this civil

action.

**This the 19th day of May, 2023.**

**/s/ Wynn E. Clark                  **