# Harrison County School District

. 11072 Highway 49 Gulfport, MS 39503
Telephone: (228)539-6500 Facsimile: (228)539-6507
E. Mitchell King, Superintendent of Education

## Commencement Participation Agreement

I, (print name), _____, a member of the Harrison Central High School Senior Class of 2023, am aware that the Graduation Commencement Ceremony scheduled for May 20, 2023 should reflect the standards of the Harrison County School District. I acknowledge that the Harrison County School District and its included communities expect this Ceremony to be dignified. I am aware that my participation in the Graduation Commencement Ceremony is voluntary and that receiving my diploma from Harrison County School District does not depend upon participation in the Graduation Commencement Ceremony.

Should I choose to participate in the Graduation Commencement Ceremony, I will follow the Commencement dress code and obey all school rules and School Board Policies. I agree and pledge that my personal conduct and dress will be appropriate, above reproach, and will appease both the Ceremony and the expectations of the Harrison County School District and its community. Further, I pledge that I will neither support nor tolerate inappropriate behavior. (Inappropriate behavior is that which calls undue attention to one student or group of students, while detracting attention from the Ceremony and/or the student on stage.)

Any violation of the rules set forth in the Graduation Information Packet, Student Code of Conduct, Student Handbook and Graduation Exercises Policy IHFC, may result in serious consequences. Exemplary behavior between NOW and GRADUATION is mandatory. Please be aware that any discipline issue during the Graduation Commencement Ceremony can and will prevent you from receiving your diploma without appearing before the School Board at a date later than graduation.

By signing this agreement, I and my parents are acknowledging that we have read, understand, and agree to abide by the conditions set forth in this packet. Please return the signed agreement to Harrison Central High School Guidance Office by March 31, 2023.

Student Signature: _____ Date: 3/9/23

Parent Signature: _____ Date: 3/14/23

EXHIBIT
2