# Mississippi

# Cumulative Folders

# and

# Permanent Records

# Manual of Directions



**Carey M. Wright, Ed.D.,**
**State Superintendent of Education**



**Office of Accreditation**
**Jo Ann Malone, Ed.D.,**
**Executive Director**

**Revised Edition, 2017**

**Mississippi Department of Education**

**Office of Accreditation**

**359 North West Street**

**P. O. Box 771, Suite 313**

**Jackson, MS  39205-0771**

**Phone: (601) 359-3764**

**Fax: (601) 359-1979**

**http://www.mde.k12.ms.us**

The Mississippi State Board of Education, the Mississippi Department of Education, the Mississippi School for the Arts, the Mississippi School for the Blind, the Mississippi School for the Deaf, and the Mississippi School for Mathematics and Science do not discriminate on the basis of race, sex, color, religion, national origin, age, or disability in the provision of educational programs and services or employment opportunities and benefits.  The following office has been designated to handle inquiries and complaints regarding the non-discrimination policies of the above mentioned entities:

Director, Office of Human Resources
Mississippi Department of Education
359 North West Street
P. O. Box 771, Suite 203
Jackson, MS  39205-0771
(601) 359-3511

## TABLE OF CONTENTS

Acknowledgements………………………………………………………………......v

Preface.....................................................................................................vi

| Section I | Mississippi Law.......................................................................7 |

        A.  Miss. Code Ann. § 37-15-1

        B.  Miss. Code Ann. § 37-15-2

        C.  Miss. Code Ann. § 37-15-3

        D.  Miss. Code Ann. § 37-15-7

        E.  Miss. Code Ann. § 37-15-9

        F.  Miss. Code Ann. § 41-23-37

Section II    The Cumulative Folder................................................................14

        A.  Purpose of the cumulative folder

        B.  Required information in the cumulative folder

        C.  Individual responsible for the cumulative folder

        D.  Access to cumulative folders

        E.  Requesting the cumulative folder

        F.  Transferring the cumulative folder

        G.  Storage of the cumulative folder

        H.  Destroying the cumulative folder

        I.   Recording of data on the cumulative folder

        J.  Making corrections or covering up labels on the cumulative folder

        K.  Maintenance of cumulative folders when a school closes

Section III   Recording Information on the Cumulative Folder.....................................18

        A.  Personal and Family Data

        B.  Entrance Record

        C.  Withdrawal Record

        D.  Record of Transfer

        E.  Attendance Record

        F.  Standardized Test Record – Elementary and Secondary

          G. Elementary School Progress (Grades Pre-K to 6)

          H. Significant Facts

          I. Immunization Certificate of Compliance

          J. Medical Information

          K. Secondary School Progress (Grades 7-12)

          L. Additional Form for Recording Data

Section IV    The Permanent Record ..............................................................................27

          A. Purpose of the permanent record

          B. Storage of the permanent record

          C. Maintenance of the permanent record when a student transfers

          D. Maintenance of the permanent record when a student graduates

          E. Individual responsible for the preservation of the permanent record

          F. Microfilming, photographing, or scanning of the permanent record

          G. Maintenance of permanent records when a school closes

Section V    Recording Information on the Permanent Record....................................29

          A. Personal and Family Data

          B. Entrance Record

          C. Withdrawal Record

          D. Record of Transfer

          E. Elementary School Progress (Grades Pre-K to 6)

          F. Secondary School Progress (Grades 7-12)

          G. Attendance Record

          H. Immunization Certificate of Compliance

          I. Medical Information

          J. Summary of High School Units

          K. Graduation Facts

          L. Transcript of High School Record

          M. Record of Tests

Appendix A   Court Case.................................................................................................38

Appendix B   State Codes...............................................................................................39

**ACKNOWLEDGEMENTS**

COMMITTEE MEMBERS

| | |
|---|---|
| Donnell Bell | Mississippi Department of Education |
| Marilyn Eubank | Jackson Public School District |
| Arneta Fairley | Harrison County School District |
| Becky Fields | Madison County School District |
| Trecina Green | Mississippi Department of Education |
| Aretha Hargrove-Edwards | Greenville Public School District |
| Patti Harmon | Rankin County School District |
| Ann Moore | Mississippi Department of Education |
| Wendy Naron | Mississippi Department of Education |
| Bessie Sims | Forrest County School District |
| Beth Smith | Tupelo School District |
| Rhonda Smith | Mississippi Department of Education |
| Nancy Sylvester | Jackson Public Schools |
| Martha Traxler | Copiah County School District |
| Paula Vanderford | Mississippi Department of Education |

## PREFACE

Student records are collected, maintained, and disseminated as required by Sections 37-15-1 through 37-15-3, *Mississippi Code of* 1972, as amended, the *Family Educational Rights and Privacy Act of 1974*, as amended, 20 USC Section 1231, and the Confidentiality Section of the *Individuals with Disabilities Act, 1997* Amendments.

This manual has been prepared for the use by administrators, counselors, teachers, and other authorized staff in the schools of Mississippi and is to be used as a guide in completing the cumulative folders and permanent records as required by Mississippi law.  Sections I and VI include the pertinent State and Federal education laws.  Sections II, III, IV, and V provide specific information concerning the completion and use of the cumulative folder and permanent record.

Copies may be downloaded from the Mississippi Department of Education's web site:
http://www.mde.k12.ms.us/accred

## SECTION I
## MISSISSIPPI LAW REQUIRES CUMULATIVE FOLDER AND PERMANENT RECORD

The law requiring the cumulative folder and the permanent record has been in effect since July 1, 1954.

**A.   Maintenance of permanent records and cumulative folders for pupils; requirement of certified birth certificate or other evidence of age [Miss. Code Ann. § 37-15-1]**

The State Board of Education shall prepare and provide necessary forms for keeping permanent records and cumulative folders for each pupil in the public schools of the state. In the permanent record and cumulative folders, the teachers and principals shall keep information concerning the pupil's date of birth, as verified by <u>the documentation authorized in this section,</u> record of attendance, grades and withdrawal from the school, including the date of any expulsion from the school system and a description of the student's act or behavior resulting in the expulsion.   The records also shall contain information pertaining to immunization and such other information as the State Board of Education may prescribe.   The cumulative folder, in addition to that information maintained in the permanent records, also shall contain such other information as the State Board of Education shall prescribe.  It shall be the responsibility of the person in charge of each school to enforce the requirement for <u>evidence of the age</u> of each pupil before enrollment.  If the first prescribed evidence is not available, the next evidence obtainable in the order set forth below shall be accepted:

  (a) A certified birth certificate;

  (b) A duly attested transcript of a certificate of baptism showing the date of birth and place of baptism of the child, accompanied by an affidavit sworn to by a parent, grandparent or custodian;

(c) An insurance policy on the child's life which has been in force for at least two (2) years;

(d) A bona fide contemporary Bible record of the child's birth accompanied by an affidavit sworn to by the parent, grandparent or custodian;

(e) A passport or certificate of arrival in the United States showing the age of the child;

(f) A transcript of record of age shown in the child's school record of at least four (4) years prior to application, stating date of birth; or

(g) If none of these evidences can be produced, an affidavit of age sworn to by a parent, grandparent or custodian.  Any child enrolling in Kindergarten or Grade I shall present the required evidence of age upon enrollment.  Any child in Grades 2 through 12 not in compliance at the end of sixty (60) days from enrollment shall be suspended until in compliance.

**SOURCES:** Codes, 1942, § 6225-01; Laws, 1953, Ex Sess, ch. 24, § 1; Laws, 1974, ch. 451, § 1; Laws, 1980, ch. 424, § 1; Laws, 1989, ch. 511, § 1; Laws, 1990, ch. 535, § 1; Laws, 1995, ch. 480, § 1; Laws, 2002, ch. 557, § 1; Laws, 2003, ch. 416, § 6; Laws, 2007, ch. 416, § 7; Laws, 2008, ch. 382, § 1; Laws, 2013, ch. 497, § 61, eff from and after July 1, 2013.

## B.  Storage of permanent records  [Miss. Code Ann. § 37-15-2]

The permanent record provided for in Section 37-15-1 shall be kept, while it is active, in the attendance center office in a fire resistant container.

The permanent record shall be considered active: (a) if the student is enrolled in the school; or (b) if he has withdrawn or has been expelled and students of the class of which he was a member shall not have reached the time of graduation.

At the point of the student's graduation or at the time when the student would normally have graduated had he not withdrawn or been expelled from school, the student's permanent record shall become a part of the permanent binder in the central fire resistant depository as designation and provided by the school board of the school

district, or, as an alternative method, the records may be maintained in fire resistant storage at the school last attended by the student. The permanent binding and preservation of the inactive records shall be the duty of the superintendent of the school district who shall maintain a central depository of the records.

**SOURCES:** Laws, 1974, ch. 451 § 2; Laws, 1980, ch. 424, § 2; Laws, 1986, ch. 492, § 88; Laws, 1995, ch. 480, § 2; Laws, 2014, ch. 442, § 3, eff from and after passage (approved March 26, 2014.)

## C. Storage of cumulative folders; access to records; disposition of records upon transfer of students between schools; destruction of records
   **[Miss. Code Ann. § 37-15-3]**

Such cumulative folders as are provided for in Section 37-15-1 shall be kept in the school wherein the pupils are in attendance. Both the permanent records and the cumulative folders shall be available to school officials, including teachers within the school district who have been determined by the school district to have legitimate educational interests. In no case, however, shall such records be available to the general public. Transcripts of courses and grades may be furnished when requested by the parent or guardian or eligible pupil as prescribed in the *Family Educational Rights and Privacy Act of 1974*, as amended, 20 USC Section 1232. Such records shall be kept for each pupil throughout his entire public school enrollment period. In the event a pupil transfers to a public school, then the cumulative folder shall be furnished to the head of the school to which the pupil transfers; if a pupil transfers to a private school, then a copy of the cumulative folder shall be furnished to the head of the school to which the pupil transfers. The permanent record shall be kept permanently by the school district from which the pupil transferred.

At no time may a permanent record of a student be destroyed, but cumulative folders may be destroyed by order of the school board of the school district in not less than five (5) years after the permanent record of the pupil has become inactive and has been transferred to the central depository of the district. Provided, however, that where a school district makes complete copies of inactive permanent records on photographic film or microfilm which may be reproduced as needed, such permanent records may be

destroyed after the photographic film or microfilm copy has been stored in the central depository of the district.

SOURCES: Codes, 1942, § 6225-02; Laws, 1953, Ex Sess, ch. 24, § 2; Laws, 1954, ch. 266; Laws, 1974, ch. 451, § 3; Laws, 1980, ch. 424, § 3; Laws, 1986, ch. 492, § 89; Laws, 1995, ch. 480, § 3; Laws, 2009, ch. 444, § 1; Laws, 2013, ch. 497, § 62, eff from and after July 1, 2013.

## D. Maintenance of continuing census [Miss. Code Ann. § 37-15-7]

In addition to the cumulative records provided for in section 37-15-1, there shall be kept a continuing census of all children below the age of nineteen within each school district. Such record shall be kept as a part of the permanent office records of the superintendent of the district.

SOURCES: Laws, 1974, ch. 451 § 4; Laws, 1986, ch. 492, § 90, eff from and after July 1, 1987

## E. Requirements for enrollment of children in public schools [Miss. Code Ann. § 37-15-9]

(1) Except as provided in subsection (2) and subject to the provisions of subsection (3) of this section, no child shall be enrolled or admitted to any kindergarten which is a part of the free public school system during any school year unless such child will reach his fifth birthday on or before September 1 of said school year, and no child shall be enrolled or admitted to the first grade in any school which is a part of the free public school system during any school year unless such child will reach his sixth birthday on or before September 1 of said school year. No pupil shall be permanently enrolled in a school in the State of Mississippi who formerly was enrolled in another public or private school within the state until the cumulative record of the pupil shall have been received from the school from which he transferred. Should such record have become lost or destroyed, then it shall be the duty of the superintendent or principal of the school where the pupil last attended school to initiate a new record.

(2) Subject to the provisions of subsection (3) of this section, any child who transfers from an out-of-state public or private school in which that state's law provides for a first-grade or kindergarten enrollment date subsequent to September 1, shall be allowed to

enroll in the public schools of Mississippi, at the same grade level as their prior out-of-state enrollment, if:

(a)    The parent, legal guardian or custodian of such child was a legal resident of the state from which the child is transferring;

(b)    The out-of-state school from which the child is transferring is duly accredited by that state's appropriate accrediting authority;

(c)    Such child was legally enrolled in a public or private school for a minimum of four (4) weeks in the previous state; and

(d)    The superintendent of schools in the applicable Mississippi school district has determined that the child was making satisfactory educational progress in the previous state.

(3) When any child applies for admission or enrollment in any public school in the state, the parent, guardian or child, in the absence of an accompanying parent or guardian, shall indicate on the school registration form if the enrolling child has been expelled from any public or private school or is currently a party to an expulsion proceeding. If it is determined from the child's cumulative record or application for admission or enrollment that the child has been expelled, the school district may deny the student admission and enrollment until the superintendent of the school, or his designee, has reviewed the child's cumulative record and determined that the child has participated in successful rehabilitative efforts including, but not limited to, progress in an alternative school or similar program. If the child is a party to an expulsion proceeding, the child may be admitted to a public school pending final disposition of the expulsion proceeding. If the expulsion proceeding results in the expulsion of the child, the public school may revoke such admission to school. If the child was expelled or is a party to an expulsion proceeding for an act involving violence, weapons, alcohol, illegal drugs or other activity that may result in expulsion, the school district shall not be required to grant admission or enrollment to the child before one (1) calendar year after the date of expulsion.

SOURCES: Codes, 1942, § 6225-03; Laws, 1953, Ex Sess, ch. 24, § 3; Laws, 1976, ch. 390, § 1; Laws, 1986, ch. 464; Laws, 1987, ch. 315; Laws, 1994, ch. 607, § 19; Laws, 2003, ch. 397, § 2; Laws, 2013, ch. 497, § 64; Laws, 2014, ch. 442, § 4; Laws, 2014, ch. 491, § 10, eff from and after passage (approved April 15, 2014.)

## F.  Immunization practices for control of vaccine preventable diseases; attendance by unvaccinated children  [Miss. Code Ann. § 41-23-37]

Whenever indicated, the state health officer shall specify such immunization practices as may be considered best for the control of vaccine preventable diseases.  A listing shall be promulgated annually or more often, if necessary.

Except as provided hereinafter, it shall be unlawful for any child to attend any school, kindergarten or similar type facility intended for the instruction of children (hereinafter called "schools"), either public or private, with the exception of any legitimate home instruction program as defined in section 37-13-91, Mississippi Code of 1972, for ten (10) or less children who are related within the third degree computed according to the civil law to the operator, unless they shall first have been vaccinated against those diseases specified by the state health officer.

A certificate of exemption from vaccination for medical reasons may be offered on behalf of a child by a duly licensed physician and may be accepted by the local health officer when, in his opinion, such exemption will not cause undue risk to the community.

Certificates of vaccination shall be issued by local health officers or physicians on forms specified by the Mississippi State Board of Health.  These forms shall be the only acceptable means for showing compliance with these immunization requirements, and the responsible school officials shall file the form with the child's record.

If a child shall offer to enroll at a school without having completed the required vaccinations, the local health officer may grant a period of time up to ninety (90) days for such completion when, in the opinion of the health officer, such delay will not cause undue risk to the child, the school or the community.  No child shall be enrolled without having had at least one (1) dose of each specified vaccine.

Within thirty (30) days after the opening of the fall term of school (on or before October 1 of each year) the person in charge of each school shall report to the county or local health officer, on forms provided by the Mississippi State Board of Health, the number of children enrolled by age or grade or both, the number fully vaccinated, the number in process of completing vaccination requirements, and the number exempt from vaccination by reason for such exemption.

Within one hundred twenty (120) days after the opening of the fall term (on or before December 31), the person in charge of each school shall certify to the local or county health officer that all children enrolled are in compliance with immunization requirements.

For the purpose of assisting in supervising the immunization status of the children the local health officer, or his designee, may inspect the children's records or be furnished certificates of immunization compliance by the school.

It shall be the responsibility of the person in charge of each school to enforce the requirements for immunization.  Any child not in compliance at the end of ninety (90) days from the opening of the fall term must be suspended until in compliance, unless the health officer shall attribute the delay to lack of supply of vaccine or some other such factor clearly making compliance impossible.

Failure to enforce provisions of this section shall constitute a misdemeanor and upon conviction be punishable by fine or imprisonment or both.

**SOURCES:** Laws, 1978, ch. 530, 1; 1983, ch. 522, Sec. 9, eff from and after July 1, 1983.

**SECTION II**
**THE CUMULATIVE FOLDER**

### A. Purpose of the cumulative folder

The cumulative folder is a record developed to assist in the student's educational growth and progress. The teacher and other school personnel use it as a tool for student guidance and the improvement of instruction. A well-developed cumulative folder may afford a teacher an opportunity to analyze students' school history, test scores, and rate of growth so that a proper course of action for helping the student can be determined. The cumulative folder is only as useful as the quality of data entered. The Special Education record is an essential part of the cumulative folder and must be maintained accordingly with all security and confidentiality requirements.

### B. Required information in the cumulative folder

Required information includes date of birth, record of attendance, grades and withdrawal from school, date of expulsion, act or behavior resulting in expulsion, immunization, and any other information required by school board policies or prescribed by the State Board of Education.

### C. Individual responsible for the cumulative folder

The principal is responsible for supervising the proper maintenance of cumulative folders even though he/she may delegate responsibility to other personnel. The principal is ultimately responsible for maintaining security, confidentiality, and accuracy of student records. The cumulative folder for each student shall be kept in the school where the student is enrolled. Files containing cumulative folders shall be placed so that security is unquestionable, yet accessibility to teachers and other designated personnel is assured. The cumulative folder is a confidential document and is to be treated as such.

## D. Access to cumulative folders

The school shall keep a current list of employees by name and position who are authorized to have access to cumulative folders.  This list of current employees must be available for public inspection.  Each school will keep a list of the names of individuals granted access to the cumulative folder, date on which the person viewed the cumulative folder, and for what purpose.  This rule does not apply to parents or authorized employees of the agency.  If a non-custody parent requests information concerning his/her child's records, the school district would be permitted to provide such records in the absence of a court order terminating the parental right. (See Appendix A.)

## E. Requesting the cumulative folder

Document efforts to gather required information needed to complete the cumulative folder and use all available information (report cards, copy of permanent record, etc.).  If the cumulative folder has been lost or destroyed, then it is the duty of the superintendent or principal of the school where the pupil last attended school to initiate a new cumulative folder.

## F. Transferring the cumulative folder

### Transferring the cumulative folder to a public school in-state

The cumulative folder follows the student and may not be held for any reason, including fees and fines owed to the school.  The cumulative folder must be forwarded promptly upon request.  The cumulative folder of a student transferring to a school within a district follows the student.  When a student transfers to another public school and an official request is made, the cumulative folder shall be furnished to the head of the school to which the student transfers.  When the agency or institution includes a notice in its policies and procedures (formulated

under the *Family Educational Rights and Privacy Act of 1974*) that it forwards education records on request to a school in which a student seeks or intends to enroll, the agency or institution does not have to provide any further notice of the transfer.

**Transferring the cumulative folder to a private school or non-public accredited school**

If the student transfers to a private school or non-public accredited school, a copy of the cumulative folder shall be furnished to the head of the school to which the student transfers.  The regulation applies whether the student is transferring to a school in or out of the State of Mississippi.

**Transferring the cumulative folder out-of-state**

If the student transfers to a public or private school out of the state, a copy of the cumulative folder shall be furnished to the head of the school to which the student transfers.

## G. Storage of the cumulative folder

Cumulative folders must be kept in a secure, fire resistant location.  There is no requirement to store the cumulative folder and permanent record in two separate locations.  This is based on local district policy.  Some schools keep both records together and some keep them separate.  For security, it is recommended that the cumulative folder be kept in a separate location.

## H. Destroying the cumulative folder

The cumulative folder may be destroyed by order of the school board of the school district in not less than five (5) years after the permanent record of the student has become inactive and has been transferred to the central depository of the district.

16

**I.  Recording data on the cumulative folder**

All information should be typed or recorded in permanent black ink except addresses, telephone numbers, and transfer of attendance, which should be written in **pencil**.

**J.  Making corrections or covering up labels on the cumulative folder**

When any change or correction is made on the cumulative folder, draw a line through the incorrect information, record the correct information, and initial the correction. Correction fluid is not to be used.  Do not place a new label on top of an existing label. Never remove or cover up any data that has been recorded on the student's cumulative folder.  Always document the date and reason for making a correction and include the name or initials of the person who changed the data.  If necessary, include a written description of the details concerning a change of grades.

**K.  Maintenance of cumulative folders when a school closes**

Cumulative folders of any school (public or nonpublic) that closes are transferred to the central depository of the school district wherein the closed school is located.

## SECTION III
## RECORDING INFORMATION ON THE CUMULATIVE FOLDER

### A. Personal and Family Data
**Name**

Print or type the full name copied from the certified birth certificate or other prescribed evidence established in Miss. Code Ann. § 37-15-1.

**Certified Birth Certificate Number**

Record and properly identify all numbers (such as State no., State file no., and Registrar no.) found on the certified birth certificate. If not numbered, record and categorize any identifying information that is on the certificate. If the certified birth certificate is not available, record and identify the type of evidence used to verify date of birth.

Birth certificate means a certificate issued by the Bureau of Vital Statistics. The school is not required to keep the certified copy of the birth certificate. Keeping a copy of the birth certificate in the student's cumulative folder for future reference is based on local district policy.

**Verification Initials**

The school official who is responsible for verifying the information on the birth certificate or other evidence used for verification should initial this section.

**MSIS ID Number**

Record the MSIS ID Number.

**Social Security Number**

This information is optional. Copy the student's social security card if the school decides to include this information.

**Hispanic/Latino Ethnicity**

Check Yes or No on the revised cumulative folder.

**Race**

Record race using the following abbreviations

for the various classifications:

NA   American Indian or Alaska Native

AS   Asian

B     Black or African American

PI    Native Hawaiian or Other Pacific Islander

W    White

H     Hispanic or Latino or Spanish

TM  Two or More Races

**Sex**

Record M for male or F for female.

**Place of Birth**

Record City, County, and State.

**Date of Birth**

Record Month, Day, and Year.

**Address and Telephone Number**

Record this information in **pencil** and keep it current.

**Father, Mother, and/or Guardian**

Record full name of father and mother to include mother's maiden name.  Record legal guardian's name, if applicable.

19

Name: _____ Certified Birth Certificate File No.: _____ Verified By: _____
         (Last)        (First)        (Middle)                                  (Initials)
Place of Birth: _____ Date of Birth: _____
               (City)        (County)        (State)             (Mo.)   (Day)   (Year)
Social Security No.: _____ MSIS No.: _____ Race: ___ Sex: ___ Hispanic/Latino Ethnicity: ___ Yes ___ No

| Address | Phone | Address | Phone | |
|---|---|---|---|---|
|  |  |  |  | Father |
|  |  |  |  | Mother (Maiden Name) |
|  |  |  |  | Guardian |

## B. Entrance Record

Record the date, grade level, and school name and address. No other entry will be made to the entrance record until the student transfers to another school or re-enters the same school after withdrawal. Use State Codes listed in Appendix B to indicate the reason for entry. (See Part L regarding additional form if needed for recording data.)

## C. Withdrawal Record

Record the date and grade level when the student withdraws from school. Use State Codes listed in Appendix B to indicate the reason for withdrawal. (See Part L regarding additional form if needed for recording data.)

## D. Record of Transfer

When the student's cumulative folder is requested, record the date and name and address of the school to which the cumulative folder is sent. Use State Codes listed in Appendix B to indicate the reason for the transfer. To mail the cumulative folder, use a large envelope with a metal clasp (10‖ X 13‖). The written consent of the eligible student is not required if the school district includes a notice of its policies and procedures developed under Section 99.5 of the Family Education Rights and Privacy Act that indicates the district forwards education records to a school on request. (See Part L regarding additional form if needed for recording data.)

| ENTRANCE RECORD | | | | WITHDRAWAL RECORD | | | RECORD OF TRANSFER | |
|---|---|---|---|---|---|---|---|---|
| Date | Gr. | Name and Address of School | | Date | Gr. | State Code | Date | Name and Address of School |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**ENTRY CODES**

| | |
|---|---|
| E1 | First regular enrollment this year |
| E2 | Transfer from another grade in this school |
| E3 | Transfer from another school in this district |
| E4 | Transfer from another public school in Mississippi |
| E5 | Transfer from a nonpublic school in Mississippi |
| E6 | Transfer from another state or country |
| E7 | Transfer within school (same grade) |
| E8 | Transfer from an approved community-based GED program |
| E9 | Transfer from home school |
| R1 | Re-entries of withdrawals |

**WITHDRAWAL CODES**

| | |
|---|---|
| T1 | Transfer to another grade in this school |
| T2 | Transfer to another school in this district |
| T3 | Transfer to another public school in Mississippi |
| T4 | Transfer to a nonpublic school in Mississippi |
| T5 | Transfer to another state or country |
| T6 | Transfer to another room within school (same grade) |
| T7 | Transfer to an approved community-based GED program |
| T8 | Transfer to home school |
| C1 | Completers-High School Graduates (Diploma) |
| C2 | Completers-Other High School Graduates (Certificates/GED) |

**DROPOUTS**

| | | | |
|---|---|---|---|
| 01 | Physical illness or physical disability | 11 | Over compulsory attendance age |
| 02 | Drug and/or alcohol problems | 12 | Entered a GED program or an institutional program not primarily educational |
| 03 | Emotional disturbances | 13 | Lack of parental support/interest |
| 04 | Behavioral difficulty exclusive of suspension/expulsion | 14 | Must care for family member |
| | | 15 | Economic reasons |
| 05 | Suspended/Expelled | 16 | Married |
| 06 | Restrained by court action | 17 | Pregnant |
| 07 | Would/could not keep up with work/was failing | 18 | Whereabouts unknown |
| 08 | Peer pressure | 19 | Reason unknown |
| 09 | Felt I did not belong | 20 | Other (Specify) |
| 10 | Disliked school experience | Z1 | Death of pupil |

# E. Attendance Record

At the end of the school year, transfer from the register or school enrollment database, the days absent and the chief cause of absence.  When a student transfers to another school during the school year, use a **pencil** for recording attendance data.

| ATTENDANCE RECORD | | |
|---|---|---|
| Grade | Days Absent | Chief Cause of Absence |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## F.  Standardized Test Record (Elementary and Secondary)

When standardized tests are administered, record the test scores on the cumulative folder in the designated spaces.  Begin recording elementary results on the inside of the folder continuing on the outside for subsequent grade levels allowing for efficient use of space.  If space is insufficient, a school district may adopt and use an additional form for recording test scores.  (Also see Part L regarding additional form if needed for recording data.)

**STANDARDIZED TEST RECORD, ELEMENTARY AND SECONDARY**

## G. Elementary School Progress (Grades Pre-K to 6)

To complete the cumulative folder, record the year, number of days school is in session, the grade level in which the student is enrolled, and grades assigned to the student in the various subjects.  The area designated for passing marks should be completed (e.g., Satisfactory (S), Unsatisfactory (U), 1-100, A-F).  If the student transfers before the end of the semester, the grades should not be entered, but a written evaluation of the student's work, or report card, should be placed in the cumulative folder.

The subjects listed on the far left of the cumulative folder are designated for pre-kindergarten and kindergarten.  (Record pre-kindergarten if applicable.)  The subjects listed to the left of the first grade column pertain to the remaining elementary grades.  Record student's grades starting with first grade in the spaces to the right of the subject's column.  Continue recording grades in this section through the sixth grade.

Special codes, such as grade level (GL), below grade level (BGL), etc., may be used for the gifted, special education, etc.  Promotion shall be indicated (with yes or no); the name of the teacher responsible for completing the cumulative folder shall be indicated; and the name of the school at the end of the school year shall be recorded.

**ELEMENTARY SCHOOL PROGRESS (GRADES PRE-K TO 6)**

| Year | 20___ 20___ | Year | 20___ 20___ | Year | 20___ 20___ | 20___ 20___ | 20___ 20___ | 20___ 20___ | 20___ 20___ | 20___ 20___ | 20___ 20___ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Length of Session | Days | Length of Session | Days | Length of Session | Days | Days | Days | Days | Days | Days | Days |
| Grade | Pre-Kindergarten | Grade | Kindergarten | Grade | First Grade | | | | | | |
| Subjects | 1 Sem / 2 Sem / 3 Sem | Subjects | 1 Sem / 2 Sem / 3 Sem | Subjects | 1 Sem / 2 Sem / 3 Sem | 1 Sem / 2 Sem / 3 Sem | 1 Sem / 2 Sem / 3 Sem | 1 Sem / 2 Sem / 3 Sem | 1 Sem / 2 Sem / 3 Sem | 1 Sem / 2 Sem / 3 Sem | 1 Sem / 2 Sem / 3 Sem |
| Concepts of Mathematics | | Concepts of Mathematics | | Reading | | | | | | | |
| Physical Dev. | | Motor Skills Dev. | | English/Lang. Arts | | | | | | | |
| Lang./Lit. Concepts | | Reading Concepts | | Handwriting | | | | | | | |
| Social & Emotional | | Language Concepts | | Spelling | | | | | | | |
| | | Follows Directions | | Mathematics | | | | | | | |
| | | Completes Tasks | | Science | | | | | | | |
| | | Cognitive Skills Dev. | | Social Studies | | | | | | | |
| | | | | Art | | | | | | | |
| | | | | Computer Education | | | | | | | |
| | | | | Foreign Language | | | | | | | |
| | | | | Health/Physical Ed. | | | | | | | |
| | | | | Music and/or Band | | | | | | | |
| Passing Grades | | Passing Grades | | Passing Grades | | | | | | | |
| Special Codes | | Special Codes | | Special Codes | | | | | | | |
| Promoted | | Promoted | | Promoted | | | | | | | |
| Teacher | | Teacher | | Teacher | | | | | | | |
| School | | School | | School | | | | | | | |

## H. Significant Facts (by counselor, principal, or teacher)

Record the date, grade level, current age, and name of counselor, principal or teacher making the entry.  Only documented information should be recorded. Expulsion shall be documented.  Record the date of expulsion and description of the

behavior or act resulting in the expulsion.  Any additional information concerning disciplinary action should be based on local district policy.  [Miss. Code Ann. § 37-15-6]  (See Part L regarding additional form if needed for recording data.)

SIGNIFICANT FACTS (By: Counselor, Principal, or Teacher) INCLUDING EXPULSIONS, AS REQUIRED BY MISSISSIPPI CODE SECTION 37-15-1 AND 37-15-6 AS AMENDED.

| Date | Grade | Current Age | Counselor, Principal, or Teacher | Duration Date | Record only facts which can be documented | IMMUNIZATION CERTIFICATE OF COMPLIANCE | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DATE OF COMPLIANCE: | | |
| | | | | | | Verified by: (Initials) | | |
| | | | | | | MEDICAL INFORMATION | | |
| | | | | | | CONDITION | Yr. | CONDITION | Yr. |
| | | | | | | Anemia | | Asthma | |
| | | | | | | Diabetes | | Allergy | |
| | | | | | | Epilepsy | | Rheumatic Fever | |
| | | | | | | Tuberculosis | | Hearing | |
| | | | | | | Vision | | Other | |
| | | | | | | DIRECTIONS FOR CUMULATIVE FOLDER | | |
| | | | | | | 1. Print or type name and birth date as shown on the birth certificate. | | |
| | | | | | | 2. The cumulative folder is kept in the school where the pupil is in attendance. | | |
| | | | | | | 3. When a pupil transfers to another school, the cumulative folder shall be furnished to the head of the school to which the pupil transfers. | | |
| | | | | | | 4. Release of pupil information shall be in accordance with the Family Rights and Privacy Acts of 1974, as amended. | | |

## I.  The Immunization Certificate of Compliance

This information must be obtained from the parent(s) at the time the student enrolls. Immunization Certificate of Compliance is issued by the local health officers or physicians on forms specified by the Mississippi State Board of Health.  These forms shall be the only acceptable means for showing compliance.  The appropriate school official shall write the date of immunization compliance on the cumulative folder, initial verification, and file the certificate in the student's cumulative folder. If the temporary certificate of compliance is received, record no data.  It is the parent's responsibility to secure and present the permanent certificate of compliance according to the date designated on the temporary certificate.  Compliance certificates for pre-kindergarten and kindergarten students will be the same as those for six-year-old students. [Miss. Code Ann. § 41-23-37]

## J.  Medical Information

This information should be obtained from the parents at the time the student enrolls and should be kept current.

**K. Secondary School Progress (Grades 7-12)**

Subjects for each grade level should be listed.  This also includes courses a student takes through distance learning, correspondence, or a virtual school program for Carnegie unit credit.  Once a student remains enrolled in a course following the drop/add period, the student will receive a grade for the course.  Courses dropped after the course withdrawal deadline will still appear on the student's official transcript.

Record name of school, grade level, year, number of days in school session, subjects, teachers, semester grades, year average, and credit earned when courses have been completed.  If a student transfers before the end of the semester, the grades should not be entered, but a written evaluation of the student's work or a report card should be included in the cumulative folder.

If a student demonstrates proficiency in Keyboarding and/or Computer Applications, student demonstrated proficiency must be recorded on the secondary portion of the cumulative folder.  (See the current guidelines for demonstrating proficiency.)  In the column indicating the amount of credit earned, record the letter –P‖ for proficiency.

If a student attends summer school or takes a correspondence course, record date, school, subjects and grades in the summer school (S.S.) section.

**SECONDARY SCHOOL PROGRESS (GRADES 7-12)**

| School | Grade 20__ 20__ | Length of Session ___ Days | School | Grade 20__ 20__ | Length of Session ___ Days | School | Grade 20__ 20__ | Length of Session ___ Days | School | Grade 20__ 20__ | Length of Session ___ Days |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| SS Date | Sch | SS Date | Sch | SS Date | Sch | SS Date | Sch |
|---|---|---|---|---|---|---|---|

| School | Grade 20__ 20__ | Length of Session ___ Days | School | Grade 20__ 20__ | Length of Session ___ Days | School | Grade 20__ 20__ | Length of Session ___ Days | School | Grade 20__ 20__ | Length of Session ___ Days |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| SS Date | Sch | SS Date | Sch | SS Date | Sch | SS Date | Sch |
|---|---|---|---|---|---|---|---|

## L. Additional Form for Recording Data

Information should be carefully placed on the cumulative folder to maximize the space. If space is insufficient for recording entrance/withdrawal/transfer data, test data, and/or significant facts, the district may use the additional form for recording data or a page of heavy card stock that is properly labeled. This form/page should be added to the student's cumulative folder only when space on the folder is insufficient.

## SECTION IV
## THE PERMANENT RECORD

### A. Purpose of the permanent record

Permanent records are kept in perpetuity for every person who has enrolled or is enrolled in a school.  The permanent record is the legal school record for the student. This document contains most of the information recorded on the cumulative folder.

### B. Storage of the permanent record

The permanent record must be kept, while it is active, in the attendance center office in a secure and fire-resistant container or location.  The permanent record shall be considered active (a) if the student is enrolled in the school or (b) if the student has withdrawn and the students of the class of which the student was a member have not reached the time of graduation.  There is no requirement to store the cumulative folder and permanent record in two separate locations.  This is based on local district policy. Some schools keep both records together and some keep them separate.  For security, it is recommended that the permanent record be kept in a separate location.

### C. Maintenance of the permanent record when a student transfers

In the event a student transfers to another school district, the permanent record shall be kept permanently by the school district from which the student transferred.  Only the cumulative folder goes with the student when he or she transfers.  The permanent record of a student transferring from one school to another school within the same district shall follow the student, as does the cumulative folder.  Only when a student moves out of a district does the school which the student last attended in that district retain the permanent record. **Photocopies printed on regular paper are not acceptable as substitutes for permanent records.**  It is the responsibility of the receiving school to initiate a new permanent record when the student enrolls.

**D. Maintenance of the permanent record when a student graduates**

At the point of the student's graduation or at the time when the student would normally have graduated if the student had not withdrawn from school, the student's permanent record shall become a part of the permanent binder in the central fire resistant depository as designated and provided by the board of trustees of the school district. As an alternative method, such records may be maintained in a fire resistant storage at the school last attended by the student.

**E. Individual responsible for the preservation of the permanent record**

The permanent binding and preservation of inactive records shall be the duty of the superintendent of the school district who shall maintain a central depository of the records. At the time that the superintendent shall resign or otherwise leave the district, he/she shall account for and deliver the permanent record binders to the board of trustees of his/her school district.

**F. Microfilming, photographing, or scanning of the permanent record** Permanent records may be microfilmed, photographed, or scanned. When a school district makes complete copies of inactive permanent records on photographic film or microfilm which may be reproduced as needed, such permanent records may be destroyed after the photographic film or microfilm copy has been stored in a central, fire- resistant depository of the district. If the permanent record is filmed, care should be taken to ensure the highest quality of filming, so that the film will produce a good readable permanent record. [Miss. Code Ann. § 37-15-3]

**G. Maintenance of permanent records when a school closes**

Permanent records of any school (public or nonpublic) that closes are transferred to the central depository of the school district wherein the closed school is located.

**SECTION V**

**RECORDING INFORMATION ON THE PERMANENT RECORD**

The permanent record contains the legal name and address of the student, date of birth as verified by birth certificate, courses taken and grades or proficiency level earned, immunization record, date of withdrawal or graduation, social security number (optional), record of performance on the required graduation tests, and any other information determined by the State Board of Education.

**A. Personal and Family Data**

**Name**

Print or type the full name copied from the certified birth certificate or other prescribed evidence established in Miss. Code Ann. § 37-15-1.

**Certified Birth Certificate Number**

Record and properly identify all numbers (such as State no., State file no., and Registrar no.) found on the certificate.  If not numbered, record and categorize any identifying information that is on the certificate.  If the certified birth certificate is not available, record and identify the type of evidence used to verify date of birth.

Birth certificate means a certificate issued by the Bureau of Vital Statistics.  The school is not required to keep the certified copy of the birth certificate.  Keeping a copy of the birth certificate for future reference is based on local district policy.

**Verification initials**

The school official who is **responsible** for verifying the information on the birth certificate should initial this section.

**MSIS ID Number**

Record the MSIS ID Number.

**Social Security Number**

This information is optional.  Copy the student's social security card if the school decides to include this information.

**Hispanic/Latino Ethnicity**

Check Yes or No on the revised permanent record.

**Race**

Record race using the following abbreviations for the various classifications:

NA   American Indian or Alaska Native

AS   Asian

B    Black or African American

PI   Native Hawaiian or Other Pacific Islander

W    White

H    Hispanic or Latino or Spanish

TM   Two or More Races

**Sex**

Record M for male or F for female.

**Place of Birth**

Record City, County, and State.

**Date of Birth**

Record Month, Day, and Year.

**Address and Telephone Number**

Record this information in **<u>pencil</u>** and keep it current.

**Father, Mother, and/or Guardian**

Record full name of father and mother to include mother's maiden name.  Record legal guardian's name, if applicable.

Date of Birth: _____  Social Security No.: _____  MSIS No.: _____  Name: _____
    (Mo.)  (Day)  (Year)                                                            (Last)      (First)    (Middle)

Pupil's Name: _____ Certified Birth Certificate File No.: _____ Verified by: _____
        (Last)       (First)     (Middle)                                                                (Initials)
Place of Birth: _____ Date of Birth: _____ Race: ____ Sex: ____ Hispanic/Latino Ethnicity: ____Yes ____ No
    (City)       (County)      (State)        (Mo.)  (Day)  (Year)

| Address | Phone | Address | Phone | Father |
|---------|-------|---------|-------|--------|
|         |       |         |       | Mother (Maiden Name) |
|         |       |         |       | Guardian |

## B. Entrance Record

Record date, grade level, school name and address.  No other entry will be made to the entrance record until the student transfers to another school or re-enters the same school after withdrawal.  Use State Codes listed in Appendix B to indicate the reason for entry.

## C. Withdrawal Record

Record the date and grade level when the student withdraws from school.  Use State Codes listed in Appendix B to indicate the reason for withdrawal.

## D. Record of Transfer

When the student's record is requested, record the date, and school name and address to which the record is sent. Use State Codes listed in Appendix B to indicate the reason for the transfer.  If the student transfers to another school within the district, the permanent record will be sent with the cumulative folder.  However, if the student is transferring outside the district, the last school attended in the district will keep the permanent record.  The written consent of the eligible student is not required if the school district includes a notice of its policies and procedures developed under Section 99.5 of the Family Education Rights and Privacy Act that indicates the district forwards education records to a school on request.

| ENTRANCE RECORD | | | WITHDRAWAL RECORD | | | RECORD OF TRANSFER | |
|---|---|---|---|---|---|---|---|
| Date | Grade | Name and Address of School | Date | Grade | State Code | Date | Name and Address of School |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## E. Elementary School Progress (Grades Pre-K to 6)

Continue completing the permanent record by recording the year, number of days school is in session, the grade level in which the student is enrolled, and grades assigned to the student in the various subjects. The area designated for passing marks should be completed (e.g., Satisfactory (S), Unsatisfactory (U), 1-100, A-F).

The subjects listed on the far left of the permanent record are designated for pre-kindergarten and kindergarten. (Record pre-kindergarten if applicable.) The subjects listed to the left of the first grade column pertain to the remaining elementary grades. Record student's grades starting with first grade in the spaces to the right of the subject's column. Continue recording grades in this section through the sixth grade.

Special codes, such as grade level (GL), below grade level (BGL), etc., may be used for the gifted, special education, etc. Promotion shall be indicated (with yes or no); the name of the teacher responsible for completing the permanent record shall be indicated; and the name of the school at the end of the school year shall be recorded.

**ELEMENTARY SCHOOL PROGRESS (GRADES PRE-K TO 6)**

| Year | 20__ | 20__ | Year | 20__ | 20__ | Year | 20__ | 20__ | 20__ | 20__ | 20__ | 20__ | 20__ | 20__ | 20__ | 20__ | 20__ | 20__ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Length of Session | Days | | Length of Session | Days | | Length of Session | Days | | Days | | Days | | Days | | Days | | Days | |
| Grade | Pre-Kindergarten | | Grade | Kindergarten | | Grade | First Grade | | | | | | | | | | | |
| Subjects | 1 Sem | 2 Sem | 3 Sem | Subjects | 1 Sem | 2 Sem | 3 Sem | Subjects | 1 Sem | 2 Sem | 3 Sem | 1 Sem | 2 Sem | 3 Sem | 1 Sem | 2 Sem | 3 Sem | 1 Sem | 2 Sem | 3 Sem | 1 Sem | 2 Sem | 3 Sem | 1 Sem | 2 Sem | 3 Sem |
| Concepts of Mathematics | | | | Concepts of Mathematics | | | | Reading | | | | | | | | | | | |
| Physical Dev. | | | | Motor Skills Dev. | | | | English/Lang. Arts | | | | | | | | | | | |
| Lang./Lit. Concepts | | | | Reading Concepts | | | | Handwriting | | | | | | | | | | | |
| Social & Emotional | | | | Language Concepts | | | | Spelling | | | | | | | | | | | |
| | | | | Follows Directions | | | | Mathematics | | | | | | | | | | | |
| | | | | Completes Tasks | | | | Science | | | | | | | | | | | |
| | | | | Cognitive Skills Dev. | | | | Social Studies | | | | | | | | | | | |
| | | | | | | | | Art | | | | | | | | | | | |
| | | | | | | | | Computer Education | | | | | | | | | | | |
| | | | | | | | | Foreign Language | | | | | | | | | | | |
| | | | | | | | | Health/ Physical Ed. | | | | | | | | | | | |
| | | | | | | | | Music and/or Band | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Passing Grades | | | | Passing Grades | | | | Passing Grades | | | | | | | | | | | |
| Special Codes | | | | Special Codes | | | | Special Codes | | | | | | | | | | | |
| Promoted | | | | Promoted | | | | Promoted | | | | | | | | | | | |
| Teacher | | | | Teacher | | | | Teacher | | | | | | | | | | | |
| School | | | | School | | | | School | | | | | | | | | | | |

## F.  Secondary School Progress (Grades 7-12)

Subjects for each grade level should be listed.  This also includes courses a student takes through distance learning, correspondence, or a virtual school program for Carnegie unit credit.  Once a student remains enrolled in a course following the drop/add period, the student will receive a grade for the course.  Courses dropped after the course withdrawal deadline will still appear on the student's official transcript.

Record name of school, grade level, year, number of days in school session, subjects, semester grades, year average, and credit when courses have been completed.  If a student transfers before the end of the semester, the grades should not be entered, but a written evaluation of the student's work or a report card should be included in the cumulative folder.

If a student demonstrates proficiency in Keyboarding and/or Computer Applications, student demonstrated proficiency must be recorded on the secondary portion of the cumulative folder.  (See the current guidelines for demonstrating proficiency.)  In the column indicating the amount of credit earned, record the letter for proficiency.

If a student attends summer school, or takes a correspondence course, record date, school, subjects, and grades in the summer school (S.S.) section.

**SECONDARY SCHOOL PROGRESS (GRADES 7-12)**

| School | | | | | | School | | | | | | School | | | | | | School | | | | | |
|--------|--|--|--|--|--|--------|--|--|--|--|--|--------|--|--|--|--|--|--------|--|--|--|--|--|
| Grade | | 20 | | 20 | | Grade | | 20 | | 20 | | Grade | | 20 | | 20 | | Grade | | 20 | | 20 | |
| Length of Session | | | | Days | | Length of Session | | | | Days | | Length of Session | | | | Days | | Length of Session | | | | Days | |
| Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| SS Date | | Sch | | | | SS Date | | Sch | | | | SS Date | | Sch | | | | SS Date | | Sch | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| School | | | | | | School | | | | | | School | | | | | | School | | | | | |
| Grade | | 20 | | 20 | | Grade | | 20 | | 20 | | Grade | | 20 | | 20 | | Grade | | 20 | | 20 | |
| Length of Session | | | | Days | | Length of Session | | | | Days | | Length of Session | | | | Days | | Length of Session | | | | Days | |
| Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. | Subjects | Teachers | 1 Sem | 2 Sem | Yr. Av. | Cr. |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| SS Date | | Sch | | | | SS Date | | Sch | | | | SS Date | | Sch | | | | SS Date | | Sch | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |

## G. Attendance Record

At the end of the school year, record from the register or school enrollment database the number of days absent.

| ATTENDANCE RECORD | | | |
|-------------------|--|--|--|
| Grade | Days Absent | Grade | Days Absent |
| | | | |
| | | | |
| | | | |
| | | | |

## H. Immunization Certificate of Compliance

This information must be obtained from the parents at the time the student enrolls. Immunization Certificate of Compliance is issued by the local health officers or physicians on forms specified by the Mississippi State Board of Health.  These forms shall be the only acceptable means for showing compliance.  The appropriate school

34

official shall write the date of immunization compliance on the permanent record and initial verification.  If the temporary certificate of compliance is received, record no data.  It is the parent's responsibility to secure and present the permanent certificate of compliance according to the date designated on the temporary certificate. Compliance certificates for pre-kindergarten and kindergarten students will be the same as those for six-year-old students.  [Miss. Code Ann. § 41-23-37]

| IMMUNIZATION CERTIFICATE OF COMPLIANCE | |
|---|---|
| Date of Compliance: | |
| Verified by: (Initials) | |

## I.  Medical Information

This information should be obtained from the parents at the time the student enrolls and should be kept current.

| MEDICAL INFORMATION | | | |
|---|---|---|---|
| CONDITION | Yr. | CONDITION | Yr. |
| Anemia | | Asthma | |
| Diabetes | | Allergy | |
| Epilepsy | | Rheumatic Fever | |
| Tuberculosis | | Hearing | |
| Vision | | Other | |
| | | | |

## J.  Summary of High School Units

At the end of the school year, record the number of Carnegie units earned in each subject.  Record eighth grade unit(s) in the first blank column.  At the bottom, total the number of units earned each year.  When the student completes requirements for graduation, complete the total column at the right of the chart.  This is a required section to record all high school units.

| SUMMARY OF HIGH SCHOOL UNITS | | | | | | |
|---|---|---|---|---|---|---|
| Subjects | Years | | | | | Total |
| | 1 | 2 | 3 | 4 | | |
| English | | | | | | |
| Mathematics | | | | | | |
| Science | | | | | | |
| Soc. Studies | | | | | | |
| Health | | | | | | |
| Computer Edu. | | | | | | |
| The Arts | | | | | | |
| Vocational | | | | | | |
| Electives | | | | | | |
| | | | | | | |
| Total | | | | | | |

## K. Graduation Facts

When a student meets the required Carnegie units for graduation, complete the Graduation Facts section.  Record the month, day, and year the student graduated, the student's class rank (if applicable), the number of students in the graduating class, and the student's grade average based on the school district's point system. If a school district gives a special diploma or certificate for another program offered by the school, complete only the month, day, and year the student completed the other prescribed program.  Do not include this student in the class rank.

**The Principal's original signature is required for verification.  (A signature stamp is not acceptable.)**

| GRADUATION FACTS |
|---|
| Completed Required Graduation Requirements |
| _____Date |
| Ranked _____in class of _____with |
| _____grade average based on _____ |
| point system. |
| |
| Complete Other Prescribed Program _____ |
| Date |
| |
| Principal's Signature |

## L. Transcript of High School Record

A photocopy of the secondary side of the permanent record may serve as the transcript for admission to colleges and universities.  Transcripts of a record may be mailed upon the written request of the student, the student's parents, or the

student's legal guardian.  Record the date and the name of the college, the company, individual, etc., to which the transcript is sent in the designated space.

**When a transcript is given to one party, it is not to be released to any other party without written consent from the person named on the transcript.**  This statement is included in compliance with the *Family Educational Rights and Privacy Act of 1974*.

| TRANSCRIPT OF HIGH SCHOOL RECORD | |
|---|---|
| Sent to: | Date: |
| | |
| | |
| | |

## M. **Record of Tests**

Only test scores which are necessary or significant for **college** and **vocational planning** in grades 7-12 should be recorded (e.g., PLAN, PSAT/NMSQT, SAT, ACT).

| RECORD OF TESTS SIGNIFICANT TO COLLEGE, VOCATIONAL, AND PLANNING IN GRADES 7-12 |
|---|
| |

## APPENDIX A

**8TH CASE of Level I Printed in FULL format**
**Office of the Attorney General of Mississippi**
**Slip Opinion**
**February 9, 1981**

**Re: Privacy of Student Records-Rights of Non-custody Parents**

Dr. J. D. Prince, Superintendent
Tupelo Municipal Separate School District
P. O. Office Box 557
Tupelo, Mississippi 38801

Attorney General Allain has received your letter of request dated January 19, 1981, and has assigned it to me for research and reply. Your inquiry States as follows:

There are instances where divorce courts grant custody of the children to one parent. We recognize that custody refers to the physical possession of the child by one parent excluding the other. Often times parents with custody want to keep the other parent cut off from information about the children. We face a problem in that Federal records specifically instruct us to allow "parents" to have access to the school records of their children. The definition of "parent" does not indicate whether or not the parent has or does not have custody.

Our specific question is, "If a non-custody parent asks to receive copies of student's report cards or requests to look at the cumulative record folder or desires to obtain other information relating to the child's academic progress, are we permitted to provide such records for the non-custody parent in the absence of a court order specifically restricting us from showing such records to the non custody parent?"

The family Educational Rights and Privacy Act of 1974 found at 20 USC@1232 (g make no distinction between custody and non-custody parents.

Therefore, if a non-custody parent requests information concerning his child's records, the school district would be permitted to provide such records in the absence of a court order terminating the parental right.

If this office can be of benefit in the future, please do not hesitate to contact us.

ALLAIN, ATTORNEY GENERAL
By Susan L. Runnels, Special Assistant

BILL ALLAIN, ATTORNEY GENERAL
By Susan L. Runnels, Special Assistant Attorney General

## APPENDIX B

## STATE CODES

### Entry Codes

E1   First regular enrollment this year

E2   Transfer from another grade in this school

E3   Transfer from another school in this district

E4   Transfer from another public school in Mississippi

E5   Transfer from a nonpublic school in Mississippi

E6   Transfer from another state or country

E7   Transfer within school (same grade)

E8   Transfer from an approved community-based GED program

E9   Transfer from home school

R1   Re-entries of withdrawals

### Withdrawal Codes

T1   Transfer to another grade in this school

T2   Transfer to another school in this district

T3   Transfer to another public school in Mississippi

T4   Transfer to a nonpublic school in Mississippi

T5   Transfer to another state or country

T6   Transfer to another room within school (same grade)

T8   Transfer to home school

C1   Completers-High School Graduates (Diploma)

C2   Completers-Other High School Graduates (Certificates/GED)

**Dropouts**

01   Physical illness or physical disability

02   Drug and/or alcohol problems

03   Emotional disturbances

04   Behavioral difficulty exclusive of suspension/expulsion

05   Suspended/Expelled

06   Restrained by court action

07   Would/could not keep up with work/was failing

08   Peer pressure

09   Felt I did not belong

10   Disliked school experience

11   Over compulsory attendance age

12   Entered a GED program or an institutional program not primarily educational

13   Lack of parental support/interest

14   Must care for family member

15   Economic reasons

16   Married

17   Pregnant

18   Whereabouts unknown

19   Reason unknown

20   Other (Specify)

Z1   Death of pupil