IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**L.B.** *by her next friends and parents* **PLAINTIFFS**
*Samantha Brown and Henry Brown*

**v.**                               **CIVIL ACTION NO. 1:23-cv-124-TBM-BWR**

**HARRISON COUNTY SCHOOL DISTRICT;**
**HARRISON COUNTY SCHOOL BOARD;**
**MITCHELL KING,** *Superintendent of Harrison*
*County School District*; **KELLY FULLER,**
*Principal of Harrison Central High School*                      **DEFENDANTS**

## ORDER

This matter came before the Court on the Plaintiff's Emergency Motion for Temporary Restraining Order [2]. At the hearing conducted in this matter on May 19, 2023, the Court, having considered the pleadings, the record, the evidence presented, the oral arguments of the parties, and the relevant legal authority, announced on the record its detailed findings and conclusions.

IT IS THEREFORE ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 19, 2023, Plaintiff's Motion for Temporary Restraining Order [2] is DENIED.

THIS, the 19th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**TAYLOR B. McNEEL**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**