AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN <br><br> *Plaintiff(s)* <br> v. <br> HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School, <br><br> *Defendant(s)* | Civil Action No. 1:23cv124 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Harrison County School Board
11072 Highway 49
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

CLERK OF COURT

Date: 05/18/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23cv124 HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Harrison County School Board**
was received by me on *(date)* **5/18/23**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Supt. Mitchell King**, who is designated by law to accept service of process on behalf of *(name of organization)* **Harrison County School Board** on *(date)* **5/18/23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/19/23**

*Missy Dombrowski*
Server's signature

**Missy Dombrowski**
Printed name and title

**14571 Laurelwood Dr., Gulfport, MS. 39503**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN <br><br> *Plaintiff(s)* <br> v. <br> HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23cv124 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Harrison County School District
11072 Highway 49
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: _____05/18/2023_____      _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23cv124 HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Harrison County School District
was received by me on *(date)* 5/18/23.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Supt. Mitchell King , who is
designated by law to accept service of process on behalf of *(name of organization)* Harrison County School District on *(date)* 5/18/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/19/23

Missy Dombrowski
Server's signature

Missy Dombrowski
Printed name and title

14511 Laurelwood Dr., Gulfport, MS. 39503
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN <br><br> *Plaintiff(s)* <br> v. <br> HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23cv124 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kelly Fuller, Principal
Harrison Central High School
15600 School Road
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:   05/18/2023

W. Duggan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23cv124 HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Principal Kelly Fuller - Harrison Central High School**
was received by me on *(date)* **5/18/23**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Supt. Mitchell King**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Principal Kelly Fuller - Harrison Central High School** on *(date)* **5/18/23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/19/23**

*Missy Dombrowski*
Server's signature

**Missy Dombrowski**
Printed name and title

**14511 Laurelwood Dr., Gulfport, MS 39503**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| L.B., by her next friends and parents, SAMANTHA BROWN and HENRY BROWN<br><br>*Plaintiff(s)*<br><br>v.<br><br>HARRISON COUNTY SCHOOL DISTRICT; MITCHELL KING, the Superintendent of Harrison County School District; KELLY FULLER, the Principal of Harrison Central High School,<br><br>*Defendant(s)* | Civil Action No. 1:23cv124 HSO-BWR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mitchell King, Superintendent
Harrison County School District
11072 Highway 49
Gulfport, MS 39503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   McKenna Raney-Gray and Joshua Tom
ACLU of Mississippi
P.O. Box 2242
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date:   05/18/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23cv124 HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Supt. Mitchell King**
was received by me on *(date)* **5/18/23**.

☑ I personally served the summons on the individual at *(place)* **Harrison County School District Admin Offices** on *(date)* **5/18/23**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5/19/23**

*Missy Dombrowski*
Server's signature

**Missy Dombrowski**
Printed name and title

**14571 Laurelwood Dr., Gulfport, MS 39503**
Server's address

Additional information regarding attempted service, etc: