## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| L.B., *by her next friends and parents*, SAMANTHA BROWN and HENRY BROWN, <br><br> *Plaintiffs*, <br><br> vs. <br><br> HARRISON COUNTY SCHOOL DISTRICT; HARRISON COUNTY SCHOOL BOARD; MITCHELL KING, *the Superintendent of Harrison County School District*; KELLY FULLER, *the Principal of Harrison Central High School*, <br><br> *Defendants*. | **Case No. 1:23-cv-124-TBM-BWR** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rules 41(a)(1)(A)(i) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff L.B., by her next friends and parents, Samantha Brown and Henry Brown, by and through her undersigned counsel, submits this Notice of Voluntary Dismissal of all claims, without prejudice, in the above-captioned case.

1

1. On May 18, 2023, Plaintiff L.B., by her next friends and parents Samantha Brown and Henry Brown, filed a Complaint in the above-captioned matter, and filed a Motion for Temporary Restraining Order seeking to enjoin Defendants from enforcing a mandate prohibiting Plaintiff L.B. from wearing a dress and heeled shoes to her graduation ceremony on May 20, 2023. On May 19, 2023, following a hearing, this Court denied Plaintiff's Motion. Because her graduation on May 20, 2023 has now passed, Plaintiff L.B. voluntarily dismisses without prejudice all claims against Defendants in the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B).

2. Defendants have not served an Answer or a Motion for Summary Judgment.

3. This Case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Federal Rule of Civil Procedure 23.1, or an action related to an unincorporated association under Federal Rule of Civil Procedure 23.2.

4. A receiver has not been appointed in this Civil Action.

5. This Civil Action is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal or state court action based on or including the same claims as those presented in this case.

This the 25th day of May, 2023.

Respectfully submitted.

/s/ *McKenna Raney-Gray*
AMERICAN CIVIL LIBERTIES UNION
 OF MISSISSIPPI FOUNDATION
McKenna Raney-Gray (Miss. Bar No. 106330)
Joshua Tom (Miss. Bar No. 105392)
101 South Congress Street
Jackson, MS 39201
(601) 354-3408
JTom@aclu-ms.org
MRaney-Gray@aclu-ms.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Linda S. Morris*
(admitted only in the State of Maryland)
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
lindam1@aclu.org

*Attorneys for Plaintiff*

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I, McKenna Raney-Gray, hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

*/s/ McKenna Raney-Gray*
McKenna Raney-Gray